UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

| | | |
|---|---|---|
| **BRITTNEY FELDER,** | * | |
| Plaintiff, | * | |
| vs. | * | **Civil Action No. PJM-18-03405** |
| **MGM NATIONAL HARBOR, LLC,** *et al*, | * | |
| Defendants. | * | |

## MOVING FOR JOINDER OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS

As set forth in the District Court's Scheduling Order, *Pro Se* Plaintiff Brittney Felder submits the following statements regarding the Moving for Joinder of Additional Parties and amendment of pleadings:

I. *Pro Se* Plaintiff Brittney Felder will not move to file a Joinder of Additional Parties.

II. *Pro Se* Plaintiff Brittney Felder does not wish to amend her pleadings.

|  |  |
|---|---|
| September 28, 2022 | Respectfully submitted,<br><br>*/s/ Brittney Felder*<br><br>Brittney Felder<br>Plaintiff, *Pro Se*<br>6902 Forbes Boulevard,<br>Seabrook, Maryland 20706<br>Telephone: (301) 221 - 3833<br>Email: brittfel@verizon.net<br>Facsimile: (301) 577 – 6001 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September 2022, the foregoing was filed electronically via the District Court's electronic filing system and was served upon the Defendant electronically.

_____
Brittney Felder