IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRITTNEY FELDER** | * |
| Plaintiff, *pro se* | * |
| v. | *   Civil No. **PJM 18-3405** |
| **MGM NATIONAL HARBOR,** **LLC,** *et al.* | * |
| Defendants. | * |

## MEMORANDUM OPINION

Defendants have filed a Motion for Extension of Time of Scheduling Order Deadlines (ECF 44), to which Plaintiff – claiming to be acting pro se – has filed a Response in Opposition (ECF 45) and Defendants a Reply (ECF 46). Plaintiff – again ostensibly acting pro se – has filed a Motion for Leave to File a Surreply (ECF 52)[1]. The Motion for Leave to File a Surreply is GRANTED. The Motion for Extension is GRANTED.

In truth, Plaintiff's Motion for Leave to file a Surreply was unnecessary[2]. It does not in any way affect the merits of the dispute. It is, as the expression goes, straining at a gnat. This immediate dispute is about scheduling. Accusations of bad faith advance the case not at all. No one is

---

[1] There is much about Plaintiff's Motion for Leave to file a Surreply that suggests an attorney's hand. While it is possible, it seems unlikely to the Court that Plaintiff in fact drafted the Motion on her own, without the assistance of an attorney. Local Rule 102 (a)(ii) of the Court provides that: "Upon inquiry, all parties appearing without counsel must disclose the identity of any individual who has prepared, or assisted in preparing, any documents filed in this Court." Plaintiff is hereby **DIRECTED** to promptly disclose to this Court in writing (copy to defense counsel) the name, office address, e-mail address and phone number of any such individual.
[2] The proposed Surreply, it may be noted, is some 30 pages in length. Reply briefs are limited to 20 pages, absent Court order. See Local Rule 105.3. Surreply briefs, which as a rule are disfavored, are hardly entitled to more latitude.

1

intentionally disadvantaged as a result. The parties are otherwise direct to move ahead with this case with dispatch.

A separate Order will **ISSUE**.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

December 21, 2022