UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

| | | |
|---|---|---|
| **BRITTNEY FELDER,** | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. PJM-18-03405 |
| **MGM NATIONAL HARBOR, LLC, *et al*,** | * | |
| Defendants. | * | |

## REPLY AND COMPLIANCE TO THE

## HONORABLE JUDGE PETER J. MESSITTE'S ORDER

*Pro Se* Plaintiff Brittney Felder ("Felder" or "Plaintiff") submits this Reply to Judge Peter J. Messitte's Order that was dated the 21st day of December, 2022, in which Judge Messitte orders the Plaintiff to "disclose to the Court in writing the name, office address, e-mail address, and phone number of the individuals who has or have in any may assisted her in the preparation of any of her pleadings in this case."

Plaintiff Brittney Felder hereby swears under penalty of perjury that she has always been, will always be, and is a *pro se* litigant during the entire course of this Case. Plaintiff would never under any circumstance lie *to* or *in* the Court of Law, mislead the Court of Law, or act "ostensibly" for anything, for anyone, or for any purpose.

The person, the human being who stands before this Court today and yesterday to fight for and seek justice, is the SAME and ONLY person and human being who is presenting, fighting for, and litigating this case from the very beginning to the very end — and that sole person, that sole human being is Miss Brittney Felder.

Miss Felder may be young, may be Black, may be female, may not have a law degree, but none of those things make Miss Felder incapable of litigating her case, learning the law, applying the law, of telling her story, of declaring not ***her*** truth but ***the*** truth, and fighting for and standing up for what she believes in, for what is right, for what she knows she deserves.

Miss Felder is a college graduate that graduated with top honors and at the very top of her class not only in college, but throughout her life at both private and public Blue-Ribbon schools. Miss Felder is a well-educated, logical, sensible, observant, analytical, reasonable, empathetic, but most important, a person of extreme faith. As such, Miss Felder believes that nothing is beyond her reach, beyond her comprehension, beyond the realms of achievement. Miss Felder doesn't say "I can't" but says "wait" because even when things seem tough or impossible, all a person has to do is wait, for if works follow faith, in due time a person will reap if they do not tire out.

So, in reply to The Honorable Judge Peter J. Messitte's Order, Plaintiff respectfully, but emphatically states that there is **no** other human, **no** other name, **no** office address, **no** email address, **no** phone number of any other human being on the face of this planet who is assisting, aiding, or helping Miss Felder — an actual, true, and real *pro se* litigant — in the proceedings or pleadings of this case in the past, in the present, or in the future.

|  |  |
|---|---|
| January 17, 2023 | Respectfully submitted,<br><br>_/s/ Brittney Felder_<br>Brittney Felder<br>Plaintiff, *Pro Se*<br>6902 Forbes Boulevard,<br>Seabrook, Maryland 20706<br>Telephone: (301) 221 - 3833<br>Email: brittfel@verizon.net<br>Facsimile: (301) 577 – 6001 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January 2023, the foregoing **Reply and Compliance to the Honorable Judge Peter J. Messitte's Order** was served upon the Defendants by electronic mail and electronically via the District Court's Electronic Document Submission System to the following:    Jeremy Schneider

(Jeremy.Schneider@jacksonlewis.com)

10701 Parkridge Blvd.,

Suite 300

Reston, Virginia 20191

_____

Brittney Felder