# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRITTNEY FELDER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PJM-18-3405 |
| MGM NATIONAL HARBOR, LLC, | * | |
| Defendant. | * | |

*************************************************************************

## ORDER RESOLVING DISCOVERY MOTIONS AND IMPOSING DEADLINE FOR SUBMISSION OF A JOINT STATUS REPORT

On March 2, 2023, the undersigned conducted a discovery dispute hearing related to the following motions, both of which were fully briefed: (1) "Plaintiff's Motion to Compel a Response to Plaintiff's First Set of Interrogatories," filed by Plaintiff Brittney Felder ("Plaintiff") (ECF No. 43); and (2) "Plaintiff's Motion to Compel Production of Documents Responsive to Plaintiff's Request for Production of Documents," (ECF No. 51). (*See also* ECF Nos. 47, 56, 57, 58, 61). Although no hearing was required, *see* Local Rule 105.6. (D. Md. 2021), the Court entertained additional argument from the parties and issued rulings, which are briefly summarized herein.

For the reasons articulated on the record during the hearing, ECF Nos. 43 and 51 are **GRANTED IN PART, DENIED IN PART**. The Defendant is hereby ordered to provide additional discovery to the Plaintiff. The scope of the discovery to be provided by the Defendants is the subject of the meet and confer session between the parties. During that meet and confer session, the parties shall discuss the Plaintiff's outstanding interrogatory requests and requests for production of documents. The Court further orders as follows:

1) On **April 10, 2023, at 10:00am**, the parties shall engage in a good faith meet and confer session to resolve the outstanding discovery disputes, acting in compliance with the attestations that the parties have signed. It is the Court's expectation that the parties will, in fact, be able to resolve the remaining disputes. The parties shall have a court reporter present to document their respective positions on the outstanding discovery disputes.

2) Upon review of all of Plaintiff's pleadings, the Court construes them as requesting the entry of a protective order pursuant to Fed. R. Civ. P. 26(c)(1)(B). The Court finds good cause to grant the request. Accordingly, the Defendant shall pay the costs related to the court reporter who shall be present during the parties' meet and confer. *See also* Fed. R. Civ. P. 37(a)(5).

3) By no later than **April 21, 2023**, the parties shall submit to the Court a Joint Status Report ("JSR"), in which they describe their efforts to resolve the disputes. If, by chance, there are issues that remain pending for this Court's resolution after the meet and confer session, the parties shall so notify the Court. The JSR shall also contain the schedule for the completion of discovery.

Finally, the undersigned has communicated with the Honorable Peter J. Messitte and confirmed that the revised deadline for pretrial dispositive motions shall be entered after the submission of the parties' JSR.

Date: March 3, 2023                                                                        /s/
                                                                     _____
                                                                     The Honorable Gina L. Simms
                                                                     United States Magistrate Judge