UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

| | | |
|---|---|---|
| **BRITTNEY FELDER,** | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.  PJM-18-03405 |
| **MGM NATIONAL HARBOR, LLC,** *et al*, | * | |
| Defendants. | * | |

## ATTESTATION OF COMPLIANCE TO

## THE HONORABLE GINA L. SIMMS' ORDER

*Pro Se* Plaintiff Brittney Felder ("Felder" or "Plaintiff") submits this Attestation of Compliance pursuant to The Honorable Gina L. Simms, United States Magistrate Judge's Order that was dated the 03rd day of March, 2023, in which Judge Simms orders both Parties to *"file an attestation"* in which the *"Plaintiff and counsel for the Defendant will list their names, and certify that they have read, understand, and agree to be bound by all of the Federal Rules of Civil Procedure, and the Local Rules, including the following:*

    *(a) Fed. R. Civ. P. 11;*

    *(b) Fed. R. Civ. P. 26(b)(1);*

    *(c) Fed. R. Civ. P. 26(b)(2)(C)(i)-(iii);*

    *(d) Fed. R. Civ. P. 26(g)(1)(A), 26(g)(1)(B)(i)-(iii);*

    *(e) Fed. R. Civ. P. 26(c);*

    *(f) Fed. R. Civ. P. 31;*

    *(g) Fed. R. Civ. P. 33;*

(h) *Fed. R. Civ. P. 34;*

(i) *Fed. R. Civ. P. 37;*

(j) *The Advisory Committee notes related to the abovementioned Federal Rules of Civil Procedure;*

(k) *Local Rules, Appendix A, Guidelines 1, 4, 5, 6, 7, 8, 9, 10;*

(l) *Local Rule 104.7;*

(m) *Local Rule 104.8."*

Plaintiff Brittney Felder hereby certifies and attests that she has read, understands, and agrees to be bound by all of the Federal Rules of Civil Procedure and Local Rules, including all of the aforementioned rules specifically listed in The Honorable Gina L. Simms, United States Magistrate Judge's Order dated March 03, 2023.

|  |  |
|---|---|
| March 08, 2023 | Respectfully submitted,<br><br>/s/ Brittney Felder<br>Brittney Felder<br>Plaintiff, *Pro Se*<br>6902 Forbes Boulevard,<br>Seabrook, Maryland 20706<br>Telephone: (301) 221 - 3833<br>Email: brittfel@verizon.net<br>Facsimile: (301) 577 – 6001 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 08th day of March 2023, the foregoing **Attestation of Compliance to The Honorable Gina L. Simms' Order and accompanying Affidavit of Plaintiff Brittney Felder** were served upon the Defendants by electronic mail and electronically via the District Court's Electronic Document Submission System to the following:

Jeremy Schneider

(Jeremy.Schneider@jacksonlewis.com)

10701 Parkridge Blvd.,

Suite 300

Reston, Virginia 20191


Desiree Langley

(Desiree.Langley@jacksonlewis.com)

10701 Parkridge Blvd.,

Suite 300

Reston, Virginia 20191


_____

Brittney Felder