UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Counsel of Record; *Pro se* litigant Brittney Felder

FROM: Judge Peter J. Messitte

RE: Brittney Felder v. MGM National Harbor, LLC
Civil No. PJM 18-cv-3405

DATE: June 25, 2024

\* \* \*

The Court has received *pro se* Plaintiff Brittney Felder's Motion for Summary Judgment (ECF No. 99) and Defendant MGM National Harbor, LLC's Cross Motion for Summary Judgment (ECF No. 104).

Felder says that Lisa Jones, an MGM National Harbor employee and Felder's supervisor, referred to her by use of a derogatory term that implicated the color of Felder's skin only three days before Jones terminated her. National Harbor denies that Jones used a derogatory term and argues even if she did, Felder has not shown it was used in reference to Felder's skin color or in a derogatory manner. The Parties offer contradictory testimony regarding Felder's employment, the events leading to her termination, and hiring, firing, and disciplinary practices at National Harbor generally.

Construing the record in the light most favorable to the nonmoving party, the Court finds that genuine disputes of material fact remain. Accordingly, Felder's Motion for Summary Judgment, ECF No. 99, and National Harbor's Cross Motion for Summary Judgment, ECF No. 104, are both **DENIED**. Felder's sole remaining claim for wrongful termination based on color discrimination will be tried.

The Court will contact the parties to set a trial date. Once again, it strongly encourages Felder to seek counsel, which may help facilitate the trial if the Parties cannot come to a resolution.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File